Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
6225 North 24th Street, Ste. 125
Phoenix, Arizona 85016
Phone: (602) 861-0777

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re | No. 2:19-06528-MCW |
|---|---|
| JHS VENTURES LLC, | CHAPTER 11 |
| Debtor. | SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein files the Schedules and Statement of Financial Affairs, attached as Exhibit A.

DATED this 11th of June, 2019.

CARMICHAEL & POWELL, P.C.

By _____
Donald W. Powell
6225 North 24th Street, #125
Phoenix, Arizona 85016
Attorneys for Debtor

1

COPY of the foregoing sent electronically this
11th day of June, 2019, to:

2

3  Edward K. Bernatavicius
   United States Trustee
4  230 North First Avenue, Suite 204
   Phoenix, Arizona 85003
5  Edward.K.Bernatavicius@usdoj.gov

6

7  _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Debtor name **JHS VENTURES LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:19-06528-MCW**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | Cash on hand | | $800.00 |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Wells Fargo** | Checking | | $22,000.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$22,800.00

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| 7.1. **Southwest Gas** | $1,500.00 |
|---|---|

| 7.2. **Fintech** | $500.00 |
|---|---|

Case 2:19-bk-06528-MCW    Doc 15    Filed 06/11/19    Entered 06/11/19 14:49:09    Desc
Main Document    Page 3 of 24

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

9. Total of Part 2.

Add lines 7 through 8. Copy the total to line 81.      **$2,000.00**

**Part 3:**    Accounts receivable

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    Investments

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies<br>Food inventory | | | Cost | $2,500.00 |
| Liquor inventory | | | Cost | $5,000.00 |
| T-shirts and hats inventory | | | Cost | $2,300.00 |

23. Total of Part 5.

Add lines 19 through 22. Copy the total to line 84.      **$9,800.00**

24. Is any of the property listed in Part 5 perishable?
☐ No
■ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No

■ Yes. Book value      Valuation method    cost      Current Value      2,300.00

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
■ No

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

☐ Yes

Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | Office furniture<br>30 televisions, tables & chairs, bar stools, bar equipment, kitchen equipment, glassware, and tableware | | Market | $5,000.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Computer equipment | | Market | $500.00 |
| | POS System | | Market | $5,000.00 |
| | Video games/pool table, 2 dishwashers, ice machine, game tablets, music system, and grease collections (leased) | | Market | $0.00 |

42. Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. Total of Part 7.                                                                                    $10,500.00
    Add lines 39 through 42. Copy the total to line 86.

44. Is a depreciation schedule available for any of the property listed in Part 7?
    ■ No
    ☐ Yes

45. Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No. Go to Part 9.
☐ Yes Fill in the information below.

Part 9:    Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10.

■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  955 E. University, Tempe, Arizona | Lease | | | $0.00 |

56.    Total of Part 9.

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.                                                                          $0.00

57.    Is a depreciation schedule available for any of the property listed in Part 9?
       ■ No
       ☐ Yes

58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

Part 10:    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites | | | |
| 62.    Licenses, franchises, and royalties Liquor license | | Market | $75,000.00 |
| 63.    Customer lists, mailing lists, or other compilations | | | |
| 64.    Other intangibles, or intellectual property | | | |
| 65.    Goodwill | | | |

66.    Total of Part 10.

Add lines 60 through 65. Copy the total to line 89.                                                 $75,000.00

67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?

Case 2:19-bk-06528-MCW    Doc 15    Filed 06/11/19    Entered 06/11/19 14:49:09    Desc
                          Main Document      Page 6 of 24

■ No
☐ Yes

68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?
       ■ No
       ☐ Yes

69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

**Part 12.**    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1 | $22,800.00 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $2,000.00 | |
| 82. Accounts receivable. Copy line 12, Part 3. | $0.00 | |
| 83. Investments. Copy line 17, Part 4. | $0.00 | |
| 84. Inventory. Copy line 23, Part 5. | $9,800.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $10,500.00 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $0.00 | |
| 88. Real property. Copy line 56, Part 9............................................> | | $0.00 |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $75,000.00 | |
| 90. All other assets. Copy line 78, Part 11. | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $120,100.00 | + 91b. $0.00 |

92. Total of all property on Schedule A/B. Add lines 91a+91b=92                    $120,100.00

Case 2:19-bk-06528-MCW    Doc 15    Filed 06/11/19    Entered 06/11/19 14:49:09    Desc
                         Main Document      Page 8 of 24

Fill in this information to identify the case:

Debtor name    JHS VENTURES LLC

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    2:19-06528-MCW

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Case 2:19-bk-06528-MCW    Doc 15    Filed 06/11/19    Entered 06/11/19 14:49:09    Desc
Main Document        Page 9 of 24

Debtor name   **JHS VENTURES LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:19-06528-MCW**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Arizona Dept. of Economic Security**<br>**1824 E. McKinley**<br>**Phoenix, AZ 85006** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $5,000.00 | $5,000.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unemployment taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (9) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $90,000.00 | $90,000.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Withholding taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Case 2:19-bk-06528-MCW   Doc 15   Filed 06/11/19   Entered 06/11/19 14:49:09   Desc
Main Document   Page 10 of 24

| Debtor | JHS VENTURES LLC | Case number (if known) | 2:19-06528-MCW |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,000.00 | $70,000.00 |
|---|---|---|---|---|
| | **State of Arizona** | Check all that apply. | | |
| | **Dept. of Revenue** | ☐ Contingent | | |
| | **1600 W. Monroe** | ■ Unliquidated | | |
| | **Phoenix, AZ 85007** | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Sales and withholding taxes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (10) | ■ No |
| | ☐ Yes |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|
| | **Elevance Funding** | ☐ Contingent | |
| | **5200 NW 43rd Street, Suite 102-134** | ☐ Unliquidated | |
| | **Gainesville, FL 32606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Cash Advance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,307.15 |
|---|---|---|---|
| | **Tempe Restaurant Partners, LLC** | ☐ Contingent | |
| | **13364 Mussey Grade Road** | ■ Unliquidated | |
| | **Ramona, CA 92065** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Business Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts | |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | 165,000.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ | 91,307.15 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | | 5c. | $ | 256,307.15 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 2:19-bk-06528-MCW   Doc 15   Filed 06/11/19   Entered 06/11/19 14:49:09   Desc
Main Document     Page 11 of 24

Debtor name    **JHS VENTURES LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:19-06528-MCW**

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Game tablets | |
| State the term remaining | | |
| List the contract number of any government contract | | **Buzztime Trivia** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Ice machine | |
| State the term remaining | | |
| List the contract number of any government contract | | **Commercial Refrigeration** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | 2 Dishwashers | |
| State the term remaining | | |
| List the contract number of any government contract | | Eco Lab |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Grease collections | |
| State the term remaining | | |
| List the contract number of any government contract | | **Mahoney Evromental** |

Case 2:19-bk-06528-MCW    Doc 15    Filed 06/11/19    Entered 06/11/19 14:49:09    Desc
Main Document        Page 12 of 24



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Music system**

State the term remaining

List the contract number of any government contract — **Screenplay Entertainment**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Building Lease**

State the term remaining

List the contract number of any government contract — **Tempe Restaurant Partners, LLC**

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Video games/pool table**

State the term remaining

List the contract number of any government contract — **Troy Vending**

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                Column 2: Creditor

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D |
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | City | State | Zip Code | | |

Fill in this information to identify the case:

Debtor name    JHS VENTURES LLC

United States Bankruptcy Court for the    DISTRICT OF ARIZONA

Case number (if known)    2:19-06528-MCW

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

■ Schedule H: Codebtors (Official Form 206H)

■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2019         X _____
                                       Signature of individual signing on behalf of debtor

                                       JARRED STETSER
                                       Printed name

                                       Managing Member
                                       Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **JHS VENTURES LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)   **2:19-06528-MCW**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*..................................................................................................... $     0.00

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*..................................................................................................... $     120,100.00

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*..................................................................................................... $     120,100.00

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................... $     0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     165,000.00

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     91,307.15

4. Total liabilities ......................................................................................................................................
   Lines 2 + 3a + 3b      $     256,307.15

Case 2:19-bk-06528-MCW    Doc 15    Filed 06/11/19    Entered 06/11/19 14:49:09    Desc
Main Document       Page 16 of 24

Debtor name **JHS VENTURES LLC**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) **2:19-06528-MCW**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2019 to Filing Date | ■ Operating a business ☐ Other | $894,749.65 |
| For prior year: From 1/01/2018 to 12/31/2018 | ■ Operating a business ☐ Other | $2,115,730.00 |
| For year before that: From 1/01/2017 to 12/31/2017 | ■ Operating a business ☐ Other | $2,078,863.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Case 2:19-bk-06528-MCW    Doc 15    Filed 06/11/19    Entered 06/11/19 14:49:09    Desc
Main Document        Page 17 of 24

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. Sysco Foods | | $42,626.72 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Food |
| 3.2. Alliance Beverage | | $11,075.98 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Liquor and Beer |
| 3.3. Southern Wine and Spirits | | $19,752.35 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Liquor and Beer |
| 3.4. Hensley and Co. | | $9,117.60 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Liquor and Beer |
| 3.5. Crescent Crown Distribution | | $28,366.97 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Liquor and Beer |
| 3.6. Tempe Restaurant Partners, LLC | | $54,320.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Rent |
| 3.7. Pope Lime Co. | | $8,014.65 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Restaurant Supplies |
| 3.8. Internal Revenue Service | | $56,613.37 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other Taxes |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.9.    Arizona Dept. of Revenue | | $32,135.31 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  Taxes |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    Jarred Stetser | | $80,761.00 | Salary |
| Managing Member and Owner | | | |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:    Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.**<br>**Donald W. Powell** | | 2019 | $1,717.00 filing fee, $2,607.00 |
| Email or website address | | | prepetition legal fees & $1,876.00 in trust |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

## Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Wells Fargo | | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 2018 and 2019 | |

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Case 2:19-bk-06528-MCW   Doc 15   Filed 06/11/19   Entered 06/11/19 14:49:09   Desc
Main Document      Page 21 of 24

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Jarred Stetser | 955 E. University Tempe, AZ | Memorabilia | |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Case 2:19-bk-06528-MCW    Doc 15    Filed 06/11/19    Entered 06/11/19 14:49:09    Desc
                    Main Document        Page 22 of 24

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jarred Stetser** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jarred Stetser** | | **Managing Member** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Official Form 207           Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

■ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 Jarred Stetser | $80,761.00 | | Salary |
| Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below

Name of the parent corporation

Employer identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund

Employer identification number of the parent corporation

**Part 14:  Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2019

Signature of individual signing on behalf of the debtor

JARRED STETSER
Printed name

Position or relationship to debtor    Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes