Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
6225 North 24th Street, Ste. 125
Phoenix, Arizona 85016
Phone: (602) 861-0777

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In re | No. 2:19-06528-MCW |
|---|---|
| JHS VENTURES LLC, | CHAPTER 11 |
| Debtor. | AMENDMENT TO QUESTION 7 OF SCHEDULE A/B |

COMES NOW the Debtor, by and through its attorneys undersigned, and herein amends Question 7 of Schedule A/B. The Debtor has a security deposit with Tempe Restaurant Partners, LLC in the amount of $12,012.75.

RESPECTFULLY SUBMITTED this 18th day of June, 2019.

CARMICHAEL & POWELL, P.C.

By_____
Donald W. Powell
6225 North 24th Street, #125
Phoenix, Arizona 85016
Attorneys for Debtor

COPY of the foregoing sent electronically this 18th day of June, 2019, to:

Edward K. Bernatavicius
United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003
Edward.K.Bernatavicius@usdoj.gov