UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: ) CASE NO. 2:19-06528-MCW
)
) CH. 11 POST-CONFIRMATION REPORT
)
JHS VENTURES LLC, ) X QUARTERLY _____ FINAL
) (PLEASE CHECK)
) QUARTER ENDING: 9/2020
)
_____ Debtor(s) ) DATE PLAN CONFIRMED: 3/19/20

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current calendar quarter: $ 4000

B. Disbursements not under the plan, for current calendar quarter: $ 218,683.11

Total Disbursements (calendar quarter): $ 222,683.11

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   GOOD, THE BUSINESS WAS CLOSED FROM JUNE 29 - AUG 27TH FOR COVID BUT IS CURRENTLY OPEN.

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   ANOTHER COVID SHUTDOWN.

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   N/A

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|   | | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|---|
| A. | **FEES AND EXPENSES:** | | | |
| 1. | Disbursing Agent Compensation | $ 0 | $ 0 | $ |
| 2. | Fee for Attorney for Trustee | $ 4875 | $ 9750 | $ |
| 3. | Fee for Attorney for Debtor | $ 5000 | $ 10,000 | $ |
| 4. | Other Professionals | $ 0 | $ 0 | $ |
| 5. | All Other Expenses | $ 212,808.11 | $ 633,985.39 | $ |
| B. | **DISTRIBUTIONS:** | | | |
| 6. | Secured Creditors | $ 4000 | $ 10,100 | $ |
| 7. | Priority Creditors | $ 0 | $ 0 | $ |
| 8. | Unsecured Creditors | $ 0 | $ 0 | $ |
| 9. | Equity Security Holders | $ 0 | $ 0 | $ |
| 10. | Other Payments- Specify Class of Payee: | $ 0 | $ 0 | $ |
|   | | $ 0 | $ 0 | $ |
|   | | $ 0 | $ 0 | $ |
|   | **TOTAL PLAN DISBURSEMENTS** | $ 4000 | $ 10,100 | $ |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percentage Dividend to be Paid to Unsecured Creditors Under Plan: ~~~~ %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

| | Description of Property |
|---|---|
| Secured Creditors: | N/A |
| Priority Creditors: | ⎫ |
| Unsecured Creditors: | ⎬ |
| Equity Security Holders: | ⎭ |

**Other Transfers-** Specify class of Transferee

_____  _____

_____  _____

**CONSUMMATION OF PLAN:**

If this is a final report, has an application for Final Decree been submitted?

_____  Yes     Date application was submitted: _____

___X___   No      Date when application will be submitted: _____

Estimated Date of Final Payment Under Plan: _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____     DATE: __11/1/20__

__JARRED STETSER__
(PRINT NAME)

3