# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | JHS VENTURES LLC | | |
| **Case Number:** | 2:19-BK-06528-MCW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, APRIL 06, 2021 10:00 AM   TELEPHONIC HRGS | | |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE | | |
| **Courtroom Clerk:** | TAYLER CARTER | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

CONTINUED POST CONFIRMATION STATUS HEARING

**R / M #:**   105 / 0

## *Appearances:*

DONALD W. POWELL, ATTORNEY FOR JHS VENTURES LLC
BRIAN MUELLER, ATTORNEY FOR TEMPE RESTAURANT PARTNERS, LLC

Case 2:19-bk-06528-MCW    Doc 125    Filed 04/06/21    Entered 04/11/21 18:27:57    Desc
Main Document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

(continue)...   2:19-BK-06528-MCW              TUESDAY, APRIL 06, 2021 10:00 AM

## _Proceedings:_

Court: The Court notes there was an adversary proceeding filed, and the quarterly reports are due.

Mr. Powell provides an update. He received an email from Mr. Bernatavicius regarding the missing fourth quarterly reports. He states the post-confirmation quarterly reports and the fees are current. He explains the debtor is open for business. He discusses a disputed amount as to the lease payment in the adversary.

Court: The Court notes there has not been a status hearing set in the adversary case.

Mr. Powell states that is correct.

Mr. Mueller responds to the Court's questions. He explains there are alleged breaches of the lease. He anticipates filing a motion for partial summary judgment regarding the rent calculation.

COURT: THE COURT REVIEWS ITS STANDING ORDER ON ITS PROCEDURES PAGE AS TO MOTIONS FOR SUMMARY JUDGMENT. THE COURT ENCOURAGES THE PARTIES TO MEET AND CONFER AND TO RESOLVE THE DISCOVERY PLAN. THE COURT STATES IT WILL APPROVE THE DISCOVERY PLAN IF THE DEADLINES ARE ACCEPTABLE AND WILL VACATE THE STATUS HEARING. OTHERWISE, THE COURT MAY CONTINUE THE STATUS HEARING TO THE DATE SET FOR ORAL ARGUMENT.

Mr. Mueller responds to the Court's questions. The parties have not met and conferred.

Mr. Powell states a previous motion for summary judgment was filed to prohibit the debtor from assuming the lease. He explains he is interested in mediation and will reach out to Mr. Mueller.

COURT: THE COURT NOTES AN ONGOING ISSUE REGARDING THE LEASE. IT IS ORDERED SETTING AN INITIAL STATUS HEARING IN THE ADVERSARY FOR 05-18-2021 AT 10:00 AM. IT IS FURTHER ORDERED SETTING A CHAPTER 11 STATUS HEARING FOR 10-05-2021 AT 10:00 AM. THE COURT DIRECTS MR. POWELL TO INFORM MR. BERNATAVICIUS VIA EMAIL.